UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>FRANKLIN MENDOZA CORPUS,<br><br>　　　　　　Defendant. | NO.   CR-10-6009-WFN-1<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　WHEREAS, on July 20, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, preliminarily forfeiting to the United States the following described assets:

　　(a) A Gateway MX7120, SN: N3263C1014799, and all external media devices to include: Fujitsu 100GB HDD, SN: NSA3T6228URG; Sony Micro Vault 8GB, SN: 473497; (2) Sony 512MB Flash Drive; Sony 1GB Flash Drive; Memorex 2GB (drive lock encryption); PNY 512MB Flash Card; and, Seagate Barracuda External Hard Disk Drive, seized from Defendant's residence in Richland, Washington.

　　　WHEREAS Defendant FRANKLIN MENDOZA CORPUZ's interest in the assets described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

　　　WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

　　　Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on    September 3, 2010, and ending October 2, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules

FINAL ORDER OF FORFEITURE - 1

for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 18 U.S.C. § 2253 and 21 U.S.C. § 853(n). At the latest, the claim period expired on November 2, 2010. To date, no claims have been filed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the assets listed herein are hereby forfeited to the United States, and no interest exists in any other person;

IT IS FURTHER ORDERED that the United States shall dispose of the assets in accordance with law.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of November, 2010.

11-16

                                                s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE